```
FILED
CLERK, U.S. DISTRICT COURT
10/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY:     WH      DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case 2:20-cv-02792-PSG-AGR |
| Plaintiff, | [~~proposed~~] **Judgment** (re: Default Judgment) |
| v. | |
| **Khanh Thuong Hong**; and Does 1-10, | |
| Defendants. | |

1

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor and against defendant Khanh Thuong Hong for $4,790.00 in attorney's fees and costs.

Additionally, defendant Khanh Thuong Hong is ordered to provide wheelchair accessible paths of travel inside the Store and wheelchair accessible sales counter at the Budget Store located at 11629 Atlantic Avenue, Lynwood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 10/28/2020   By: _____
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff